## McCLELLAN *v.* CHESAPEAKE & OHIO RAILWAY CO.

No. 994.   Decided May 3, 1965.

*Richard M. Markus* for appellant.

*John G. Cardinal* and *Edwin Knachel* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.